# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AETNA LIFE INS. CO.

        Plaintiff,

        v.

HUNTINGTON VALLEY SURGERY CTR.;
FOUND. SURGERY AFFILIATES, LLC; and
FOUND. SURGERY MGMT., LLC

        Defendants.

2:13-cv-3101-WY

## ORDER

**AND NOW**, this 19th day of August, 2014, upon consideration of the defendants' Motion to Dismiss or, in the alternative, For a More Definite Statement (Doc. 34), the plaintiff's response thereto, and the defendants' reply, **IT IS HEREBY ORDERED** that:

1. Count VII of the amended complaint ("Unjust Enrichment") is **DISMISSED** as to all defendants with prejudice.

2. The balance of the motion is **DENIED**.

 

                s/ William H. Yohn Jr.
                William H. Yohn Jr., Judge.