# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | CIVIL ACTION |
| HUNTINGDON VALLEY SURGERY CENTER, et al., | No. 13-03101 |
| Defendants. | |

## ORDER

YOHN, J.

**AND NOW**, this 30th day of April, 2015, upon consideration of Aetna Life Insurance

Company's motion to dismiss (Doc. 93), Huntingdon Valley Surgery Center's response thereto,

Aetna's reply thereto, and Huntingdon Valley's reply thereto, **IT IS HEREBY ORDERED** that:

1. Count VIII (Claim for ERISA Benefits) is **DISMISSED** with prejudice.

2. The balance of the motion is **DENIED**.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge