IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AETNA LIFE INSURANCE COMPANY | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 13-3101 |
| v. | : | |
| | : | |
| FOUNDATION SURGERY AFFILIATES, *et al.* | : | |
| *Defendants* | : | |

**ORDER**

AND NOW, this 23rd day of September 2015, upon consideration of the September 23, 2015 letter request of Plaintiff's counsel, which seeks a stay of Plaintiff's obligation to file updated witness and exhibit lists, [ECF 171], it is hereby **ORDERED** that said letter request is **GRANTED**, and this matter is **STAYED** pending a future Scheduling Conference and/or further Order of this Court.

BY THE COURT:

/s/ Nitza Quiñones Alejandro
NITZA I. QUIÑONES ALEJANDRO, J.