IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AETNA LIFE INSURANCE COMPANY<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 13-3101 |
| v. | : | |
| | : | |
| FOUNDATION SURGERY AFFILIATES,<br>LLC, et al. | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 28th day of January 2016, upon consideration of Plaintiff's *motion for reconsideration or, in the alternative, for certification of issues for interlocutory appeal*, [ECF 188], Defendants' opposition thereto, [ECF 189], Plaintiff's reply, [ECF 190], and Defendants' sur-reply, [ECF 191], and for the reasons set forth in this Court's Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's motion for reconsideration is **DENIED** and Plaintiff's motion for certification of issues for interlocutory appeal is **GRANTED**.

This Court is of the opinion that the portions of the September 15, 2015 Memorandum Opinion and Order pertaining to Plaintiff's claims asserted at Counts I, III and IV of the amended complaint involve controlling questions of law as to which there is substantial ground for difference of opinion and that an immediate appeal therefrom may materially advance the ultimate termination of the litigation.

It is further **ORDERED** that this action is **STAYED**, and placed in **CIVIL SUSPENSE**, pending adjudication of the interlocutory appeal, and until further Order of the Court.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.