# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AETNA LIFE INSURANCE COMPANY** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 13-3101** |
| v. | : | |
| | : | |
| **FOUNDATION SURGERY AFFILIATES,** | : | |
| **LLC, et al.** | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 13th day of December 2018, upon consideration of the *motion to dismiss for lack of subject matter jurisdiction*, filed by Defendants Foundation Surgery Affiliates, LLC, and Foundation Surgery Management, LLC (collectively, the "Foundation Defendants"), [ECF 208], and Plaintiff Aetna Life Insurance Company's opposition thereto, [ECF 211],[1] it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion of this date, the Foundation Defendants' motion to dismiss is **DENIED**.

It is further **ORDERED** that the Clerk of Court shall place the accompanying Memorandum Opinion **UNDER SEAL** until further Order of this Court.

It is further **ORDERED** that by January 14, 2019, the parties shall each file a memorandum addressing whether any portion of this Court's Memorandum Opinion should remain under seal and the justification for placing it under seal.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] In adjudicating the Foundation Defendants' motion, this Court has also considered the parties' respective supporting briefs and exhibits. [ECF 213, 214, 215, 219, 221, 222, 223, 224, and 225].